**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1047

CARLOS A. ALFORD,

             Plaintiff - Appellant,

       v.

RAY MABUS, Secretary of the Navy; W. DEAN PHEIFFER, Board of
Corrections  Chairman;  MIRIAM  WEATHERSBY,  Head  Records
Sections,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Dever, III,
Chief District Judge.  (7:13-cv-00015-D)

Submitted:  May 29, 2014              Decided:  June 9, 2014

Before SHEDD, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carlos A. Alford, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Denise Walker, OFFICE OF THE
UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos A. Alford seeks to appeal the district court's order remanding this case to the Board for Correction of Naval Records. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Alford seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED